**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02590-BNB

WILLIE T. HAYES,

      Applicant,

v.

JAMES FALK, D.O.C., Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

      Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on the motions for ruling on habeas corpus (ECF Nos. 28 and 29) that Applicant, Willie T. Hayes, filed on April 1, 2013. The Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) currently pending before the Court will be dealt with in due course. Therefore, the motions for ruling are DENIED as unnecessary.

Dated: April 2, 2013